# United States District Court
## Eastern District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GARY DEAN STUMP<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number: 2:13-CR-071-1<br><br>P. Richard Talley<br>Defendant's Attorney |

**THE DEFENDANT:**
[✓]   admitted guilt to violation of conditions <u>1-4</u> of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations;

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

    The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

June 2, 2015
Date of Imposition of Sentence

s/ Leon Jordan
Signature of Judicial Officer

LEON JORDAN, United States District Judge
Name & Title of Judicial Officer

June 2, 2015
Date

CASE NUMBER:   2:13-CR-071-1
DEFENDANT:     GARY DEAN STUMP

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | The defendant did commit another federal, state, or local crime. | prior to January 30, 2015 |
| 2 | The defendant did possess a firearm, destructive device, or any other dangerous weapon. | prior to January 30, 2015 |
| 3 | The defendant did leave the judicial district without permission of the Court or probation officer. | December 22, 2014 |
| 4 | The defendant failed to answer truthfully all inquiries by the probation officer and failed to follow the instructions of the probation officer. | December 23, 2014 |

DEFENDANT:   GARY DEAN STUMP
CASE NUMBER:   2:13-CR-071-1

# IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  6 months .

    This sentence shall be served consecutively to the 18 months sentence imposed in the case number 2:15-CR-011 in the United States District Court for the Eastern District of Tennessee.

    No term of supervised release to follow.

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m. [ ] p.m. on ___.
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL